## Washington County *v.* Cunningham, Appellant.

Argued Oct. 13, 1911. Appeal, No. 116, Oct. T., 1911, by defendant, from order of C. P. Washington Co., Aug. Term, 1910, No. 160, dismissing appeal from tax settlement in case of Washington County v. S. C. Cunning-

ham.  Before FELL, C. J., BROWN, POTTER, ELKIN, STEW-
ART and MOSCHZISKER, JJ.   Affirmed.

OPINION BY MR. JUSTICE ELKIN, January 2, 1912:

For the reasons stated in the opinion filed to No. 114,
October Term, 1911, Washington County v. Marquis,
ante, p. 552, the decree entered by the court below in this
case is affirmed at the cost of the appellant.

---

OPINION BY MR. JUSTICE ELKIN, January 2, 1912:

For the reasons stated in the opinion filed to No. 114,
October Term, 1911, Washington County v. Marquis,
ante, p. 552, the decree entered by the court below in
this case is affirmed at the cost of the appellant.